# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR66 |
| ) | |
| CHRISTOPHER RICHARDS, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

　　　IT IS ORDERED that the following is set for hearing on **July 19, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　　- Motion to Suppress [17] filed by the defendant.

　　　Since this is a criminal case, the defendant must be present, unless excused by the Court.

　　　DATED this 7th day of July, 2006.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　United States Magistrate Judge