IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR66 |
| | ) | |
| CHRISTOPHER RICHARDS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the Court is defendant's Motion to Continue Hearing on Motion to Suppress [20]. The Court has been informed that the defendant plans to enter a Change of Plea before Judge Strom. For that reason, the motion will be granted in as much as the evidentiary hearing on the Motion to Suppress is continued. An order regarding a change of plea hearing will be issued by Senior Judge Strom forthwith.

    DATED this 24th day of July, 2006.

                                                       BY THE COURT:

                                                       s/ F.A. Gossett
                                                       United States Magistrate Judge